PD-0272-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/3/2015 3:20:28 PM
Accepted 8/3/2015 3:40:04 PM
ABEL ACOSTA
CLERK



# NICHOLAS "NICO" LAHOOD

Criminal District Attorney

Bexar County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

August 4, 2015

August 4, 2015

ABEL ACOSTA, CLERK

Honorable Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Gary Vise v. The State of Texas
Cause No. 04-14-00077-CR

Dear Mr. Acosta:

The State has received a copy of the Petition for Discretionary Review filed by the Appellant in this matter. The State waives its right to respond to the Petition for Discretionary Review. However, if the Court grants the Petition, the State will file a brief on the merits.

If you have any questions, please feel free to call.

Sincerely yours,

/s/ Laura Durbin
LAURA DURBIN
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2411
S.B.N. 24068556

cc: *Dayna L. Jones*
    *Attorney at Law*
    *206 Locust Street*
    *San Antonio, Texas 78212*

Attorney for the State